# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN C. DUBRIN,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>    Defendants. | Case No. EDCV 15-00589 CJC (JCx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**DATE:**<br>**TIME:**<br>**LOCATION:**  Courtroom 20<br>312 N. Spring St.<br>Los Angeles, CA<br><br>Complaint Filed: March 26, 2015<br><br>Assigned to:<br>Honorable Cormac J. Carney<br>United States District Judge |

Pursuant to the Settlement Agreement executed by Plaintiff in this matter, the entire matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: February 7, 2018

_____
THE HON. CORMAC J. CARNEY
JUDGE OF THE CENTRAL DISTRICT

-1-
ORDER FOR DISMISSAL WITH PREJUDICE